MEMORANDA. **561**

HARRY S. HOOKER, as Trustee in Bankruptcy of HERMAN
MAYER et al., Individually and as Copartners, Composing
the Firm of HERMAN MAYER AND COMPANY, Respondent,
*v.* LUCAS TOCH, Appellant, Impleaded with Another.

*Hooker* v. *Toch*, 124 App. Div. 919, affirmed.
(Argued January 14, 1909; decided January 29, 1909.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered March
2, 1908, affirming a judgment in favor of plaintiff entered
upon a decision of the court on trial at Special Term in an
action to recover money alleged to have been paid to defend-
ants in fraud of creditors.

*Charles G. F. Wahle* and *H. Lionel Kringel* for appellant.

*Joseph Rosenzweig* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

LEWIS VAN ALLEN, Respondent, *v.* CHARLES M. PEABODY
et al., as Executors of and Trustees under the Will of
WILLIAM H. PEABODY, Deceased, Appellants.

*Van Allen* v. *Peabody*, 126 App. Div. 924, affirmed.
(Argued January 14, 1909; decided January 29, 1909.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
May 28, 1908, affirming a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a
new trial in an action to recover commissions alleged to have
been earned as real estate broker.

*William D. Van Pelt* for appellants

*August Becker* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
VANN, WERNER and HISCOCK, JJ. Not voting: HAIGHT, J.